# WHOLE COURT

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed. (Court of Appeals Rule 4 (b) and Rule 37 (b), February 21, 2008) http://www.gaappeals.us/rules/

**May 01, 2013**

# In the Court of Appeals of Georgia

A11A1021. McRAE v. ARBY'S RESTAURANT GROUP, INC. et al.

BARNES, Presiding Judge.

In *Arby's Restaurant Group v. McRae*, 292 Ga. 243 (734 SE2d 55) (2012), the Supreme Court of Georgia reversed the judgment of this court in *McRae v. Arby's Restaurant Group*, 313 Ga. App. 313 (721 SE2d 602) (2011). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Ellington, C. J., Phipps, P. J., Doyle, P. J., Miller, Ray, and McMillian, JJ., concur.*